UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-24821-WILLIAMS/LOUIS

MARINE DEPOT,
INTERNATIONAL, INC.,

    Plaintiff,

v

JAMES RIVER GROUP, INC.,

    Defendant.

_____/

**ORDER SETTING EVIDENTIARY HEARING PROCEDURES**

    The undersigned United States Magistrate Judge will conduct an Evidentiary Hearing on Defendant's Motion for Sanctions (ECF No. 75) on **August 28, 2020, at 11:00 AM**, at United States District Courthouse, Clyde Atkins Bldg., 11th Floor, 301 North Miami Avenue, Miami, Florida, 33128. In preparation for the Evidentiary Hearing, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Court has set aside **three hours** to conduct the evidentiary hearing. To that end, the Parties must confer in advance of the hearing to identify, articulate, and confer in effort to resolve objections to evidence intended for introduction. All exhibits must be pre-marked (each exhibit separately marked and in separate PDFs from all other exhibits) and served on opposing counsel by no later than **August 26, 2020**. Objections to the admission of exhibits must be specific and raised with the proponent of the disputed exhibit prior to the hearing. Objections not specifically raised in conferral may be waived. Conferral may not be conducted solely via e-mail; the proponent of any challenged exhibit is required to confer in good faith in effort to resolve the evidentiary objections prior to the hearing.

2. Parties shall submit their exhibits in advance of the hearing to Chambers at louis@flsd.uscourts.gov.

3. Instructions for appearance via video have been provided to counsel by email. The Parties are encouraged to utilize the availability of video appearance to the fullest extent possible. Counsel is responsible for reviewing and ensuring compliance with Administrative Order 2020-53 for any person who attends the hearing in person. No more than ten persons will be permitted in the courtroom at one time.

**DONE AND ORDERED** in Chambers at Miami, Florida this 25th day of August 2020.

_____
LAUREN LOUIS
UNITED STATES MAGISTRATE JUDGE