## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 19-24821-CIV-WILLIAMS/LOUIS

MARINE DEPOT INTERNATIONAL, INC.,

       Plaintiff,

vs.

JAMES RIVER GROUP, INC.

       Defendant.

_____/

### ORDER GRANTING MOTION TO SEAL

**THIS MATTER** is before the Court on (ECF No. 110) Defendant's, James River Group Inc., unopposed Motion to File Under Seal two exhibits it moved into evidence during the August 28, 2020 evidentiary hearing on (ECF No. 75) Defendant's Motion for Sanctions before Magistrate Judge Lauren Fleischer Louis.  The motion is **GRANTED**.  Defendant may file the following documents under seal:

| | | |
|---|---|---|
| **Exhibit # 31** | Emails, produced by MDI 07-27-2020 | MDI016199 - 16202 |
| **Exhibit # 32** | Mutual non-Disclosure Agreement | JRG00017256-17259 |

These documents shall remain sealed until further order from the Court.

       **DONE AND ODERED** in Chambers, in Miami, Florida this 22nd day of September, 2020.

_____
LAUREN FLEISCHER LOUIS
UNITED STATES MAGISTRATE JUDGE