UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-24821-WILLIAMS/LOUIS

MARINE DEPOT,
INTERNATIONAL, INC.,

    Plaintiff,
v

JAMES RIVER GROUP, INC.,

    Defendant.
_____/

## ORDER REQUIRING SUPPLEMENTATION

**THIS MATTER** is before the Court *sua sponte*. Defendant James River Group, Inc. ("James River Group") has moved for sanctions and for dismissal (ECF No. 75), and the matter has been referred to me by the Honorable Kathleen M. Williams, United States District Court Judge, for a report and recommendation (ECF No. 76). A hearing was held on this motion on August 28, 2020, and the matter has been taken under advisement.

Consistent with partial findings made in open court, Defendant has demonstrated at least one violation by Plaintiff of a prior Order, which compelled amendment to Plaintiff's Initial Disclosures as required by Fed. R. Civ. Pro. 26(a). Also consistent with my findings at the hearing, I do not recommend that the Defendant's motion for dismissal be granted. Defendant alternatively seeks as a sanction recovery of the expenses reasonably incurred in pursuit of the Motion for Sanctions. At the conclusion of the hearing, defense counsel was instructed to confer with Plaintiff regarding the amount of fees and/or costs sought, and to notice the Court if agreement was reached as to entitlement or amount. No notice has been filed. Accordingly, and so that a Report and Recommendation may be prepared for submission to Judge Williams, it is hereby **ORDERED** as follows:

Defendant may file a supplement to its Motion that identifies its expenses incurred in pursuit of the Motion by no later than October 2, 2020, by filing a notice (not a motion) of expenses incurred, including as appropriate time records, and any other support as may be required to adequately explain the nature of any expense or fee for which Defendant seeks reimbursement. Defendant's Notice shall state the result of conferral efforts with Plaintiff. Defendant should refer to Local Rule 7.3 in this regard (except with respect to timing of service).

Plaintiff may respond to the Notice to raise specific objections to Defendant's supplementation. Neither supplement is an opportunity to reargue the issues that have been fully briefed in the Motion or response thereto, and any matters beyond the issue of expenses incurred by Defendant may be disregarded.

**DONE AND ORDERED** in Chambers at Miami, Florida this 24th day of September, 2020.

_____
**LAUREN F. LOUIS**
**UNITED STATES MAGISTRATE JUDGE**